## United States District Court
### Violation Notice

CVB Location Code: CS31

Violation Number: F4551498
Officer Name (Print): SALAS
Officer No.: 2141

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 2/15/14 1640
Offense Charged: 36 CFR 261.6 (H)

Place of Offense: 06 80/Pinevalley

Offense Description: Removing timber without a permit

**DEFENDANT INFORMATION**

Last Name: Johnson
First Name: Amanda
M.I.: M

Tag No.: 27055H1
State: CA
Year: 97
Make: Ford
Type: PK
Color: SU

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 106 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 125 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Amanda M

Previous edition is obsolete    Original - CVB Copy    FS-6300-4 (8/07)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation      ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge